# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2255
_____

HERBERT L. MCELROY,

Appellant,

v.

FLORIDA DEPARTMENT OF CORR,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jonathan E. Sjostrom, Judge.

March 11, 2026

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Herbert L. Mcelroy, pro se, Appellant.

James Uthmeier, Attorney General, and Kelly R. Forren, Assistant Attorney General, Tallahassee, for Appellee.